FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 AUG 13 AM 8: 27

_C. Cobell_
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

EMORY ALEXANDER LEE,         :

       Plaintiff,          :

                         :

     v.                 :        CIVIL ACTION NO.: CV208-069

                         :

STEPHEN G. SCARLETT, Judge;    :
CRISSEY BOYLES, District Attorney's  :
Office; BELINDA JONES, Family and  :
and Children Services, and JULIE   :
ROBERTS, including family,      :

                         :

       Defendants.       :

## O R D E R

Presently before the Court are Plaintiff's "Objections"[1] to the Magistrate Judge's Report wherein he recommended Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted. In reaching his recommendation, the Magistrate Judge determined Plaintiff asserted claims against Defendants who are immune from suit and that Plaintiff failed to state claims against "non-immune" Defendants pursuant to 42 U.S.C. § 1983.

---

[1] Plaintiff entitled his Objections as a "Motion, Notice of Right to Appeal and Case Reviewed". (Doc. No. 9). To the extent this pleading has been docketed as a Motion, it is **dismissed**.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 13 day of August , 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA